8NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:22-cv-02132-CJC-PD                                    Date: June 20, 2023

Title     *Qasim Eric Ali v. The Lake Mission Viejo Association and Lake Mission Viejo*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order to Show Cause Why the Magistrate Judge Should Not Recommend that Case Be Dismissed**

The Court orders Plaintiff to show cause on or before **July 7**, **2023**, why this Court should not recommend dismissal of this action for failure to keep the Court apprised of his current address and failure prosecute.

## I.   Procedural History & Factual Allegations

On November 23, 2022, Plaintiff Qasim Eric Ali ("Plaintiff") filed a pro se Complaint against Defendant Lake Mission Viejo Association ("Lake Mission Viejo Association" or "Defendant") alleging that his rights under 42 U.S.C § 1983 were violated because he is Black and was forced to pay a $5.00 fee to access the Defendant's facilities, while non-Black patrons were not similarly charged.  [Dkt. No. 1 at 3-5.]

On April 14, 2023, the Court issued a Report and Recommendation granting Defendant's motion to dismiss the Complaint for lack of jurisdiction with leave to amend.  [Dkt. No. 22.]  On May 19, 2023, the District Judge issued an Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, and granting

8NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:22-cv-02132-CJC-PD                                            Date: June 20, 2023

Title     *Qasim Eric Ali v. The Lake Mission Viejo Association and Lake Mission Viejo*

Defendant's motion to dismiss Plaintiff's Complaint.  [Dkt. No. 23.]  Plaintiff was granted leave to file a first amended complaint within 21 days of the entry of the Order.  [*Id.*]

On May 31, 2023, the Order sent to Plaintiff at his address listed on the Court's docket was returned.  [Dkt. Nos. 24, 25.]

Local Rule 41-6 requires that a party proceeding pro se "must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

Plaintiff is ordered to file a notice of his current address by no later than **July 5, 2023**.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's May 19, 2023 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before July 7, 2023**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) A first amended complaint — if he can cure the factual and legal deficiencies outlined in the Report and Recommendation, or
(2) Voluntarily dismiss the action—without prejudice to refiling later if justified—using the attached form CV-09.

8NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:22-cv-02132-CJC-PD                                         Date: June 20, 2023

Title         *Qasim Eric Ali v. The Lake Mission Viejo Association and Lake Mission Viejo*

**Plaintiff is cautioned that, absent further order of the Court, his failure to timely file a first amended complaint or Notice of Dismissal may result in the dismissal of this action with or without prejudice on the grounds above or for failure to diligently prosecute.**

**Finally, the Clerk is directed to provide a Central District of California Civil Rights Complaint Form, CV-66, to Plaintiff to facilitate his filing of an amended complaint if he elects to proceed in that fashion.**

**Attachments**:
--Notice of Voluntary Dismissal (CV-09)
--Civil Rights Complaint Form (CV-66)

:
iv