1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| QASIM ERIC ALI, | Case No. 8:22-cv-02132-CJC-PD |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| THE LAKE MISSION VIEJO ASSOCIATION AND LAKE MISSION VIEJO, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

1       IT IS THEREFORE ORDERED that Defendant's motion to dismiss the First Amended Complaint [Dkt. No. 29] is granted, and that judgment be entered dismissing this action without prejudice.

DATED: November 29, 2023

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE