JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASIM ERIC ALI,<br><br>      Plaintiff,<br><br>  v.<br><br>THE LAKE MISSION VIEJO ASSOCIATION AND LAKE MISSION VIEJO,<br><br>      Defendants. | Case No. 8:22-cv-02132-CJC-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 29, 2023

                                              HON. CORMAC J. CARNEY
                                              UNITED STATES DISTRICT JUDGE